584

## Lee PARKER, Appellant v. The STATE of Texas, Appellee (seven cases).

### Nos. 25371–25377.

Court of Criminal Appeals of Texas.

Oct. 10, 1951.

Rehearing Denied Nov. 14, 1951.

Bennett & Bennett, by Mac L. Bennett, Jr., Normangee, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The question herein submitted is identical with that presented in L. J. Taylor v. State, Tex.Cr.App., 243 S.W.2d 582, this day decided.

For the reasons therein stated the State's motion for rehearing is granted, the original opinion withdrawn, the judgment of reversal and dismissal is set aside, and the judgment is now affirmed.

#### On Motion for Rehearing.

GRAVES, Presiding Judge.

The same proposition confronts us as is raised in Taylor v. State, Tex.Cr.App., 243 S.W.2d 582, and in conformity with our reasoning in that case, this motion for a rehearing is overruled.

No attorney on appeal, for appellant.

DAVIDSON, Commissioner.

Upon an indictment charging assault with intent to murder, appellant was convicted of aggravated assault and punishment assessed at confinement in jail for six months and a fine of $500.

Neither a statement of facts nor bills of exception accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.